IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TANCI ISSA,                )                       | |
|       Petitioner,   ) | |
| v.                          )                      | No. 3:10-CV-1959-K |
|                             )                      | |
| WARDEN ARTHUR ANDERSON      )                      | |
| and NURIA T.PRENDES,        )                      | |
|       Respondents.  ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

**SO ORDERED.**

Signed this 10th day of June, 2011.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE